IN THE UNITED STATES DISTRCT COURT FOR THE
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| LLADISA MARTINEZ, Individually<br>and as Next Friend of XXXXX<br>XXXXXXXX, XXXXXXX XXXXXXX<br>XXXXX XXXXXXX & XXXXX XXXXXXX<br>Minor Children | §<br>§<br>§<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 2:16-CV-00185 |
| WERNER ENTERPRISES, INC. and<br>SELVIN S. MARTIN | §<br>§<br>§ | |

### DEFENDANTS, WERNER ENTERPRISES, INC. AND SELVIN S. MARTIN'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **WERNER ENTERPRISES, INC. and SELVIN S. MARTIN** hereby removes this action to the United States District Court for the Western District of Texas from the 293rd Judicial District Court of Maverick County, Texas, stating as follows:

1.   Plaintiffs commenced this action in the 293rd Judicial District Court of Maverick County, Texas, where it was given Cause No. 16-09-33430-MCV. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant Werner Enterprises, Inc. is a Nebraska Corporation and Defendant, Selvin S. Martin is a resident of Georgia. Further, Plaintiffs claim damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2.   Defendant, Werner Enterprises, Inc., was served with this summons and complaint on November 11, 2016, so this removal is timely under 28 U.S.C. § 1446(b).

{04249203.DOC / }

3.   A copy of all process, pleadings, and orders served upon Defendants is attached as Exhibit A.

4.   Defendants have provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 293rd Judicial District Court of Maverick County, Texas.

5.   Defendants, Werner Enterprises, Inc. and Selvin S. Martin consent to the removal.

Dated:   December ___, 2016

Respectfully submitted,

_____<br>
LARRY D. WARREN<br>
State Bar No. 20888450<br>
**ATTORNEYS FOR DEFENDANTS**<br>
**WERNER ENTERPRISES, INC. and**<br>
**SELVIN S. MARTIN**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:  (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___8___ day of December 2016, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel via facsimile:

**Via Facsimile: (830) 757-4333**
Earl M. Herring
State Bar No. 09534140
Kimberly D. Cantu
State Bar No. 24038013
THE HERRING LAW FIRM, PC.
505 Quarry Street
Eagle Pass, Texas 78852
Telephone: (830) 757-5879
**ATTORNEYS FOR PLAINTIFFS**

_____
LARRY D. WARREN