UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
SEP 20 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| LLADISA MARTINEZ, Individually and as Next Friend of M.M., M.J., V.J., and E.J., Minors,<br>　　　Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC. and SELVIN S. MARTIN,<br>　　　Defendants. | §§§§§§§§§§ Civil No. DR-16-CV-185-AM |

## ORDER

On October 5, 2017, the Plaintiff filed an Agreed Motion to Dismiss with Prejudice. (ECF No. 43.) The Plaintiff, in her individual capacity, has stated in the Motion that she "no longer wishes to pursue her claims and differences against Defendants, Werner Enterprises, Inc. and Selvin S. Martin," and asks the Court to dismiss all her claims brought in her individual capacity against the Defendants with prejudice. (*Id.*)

Accordingly, the Plaintiff's Motion to Dismiss with Prejudice (ECF No. 43) is hereby **GRANTED**. **IT IS FURTHER ORDERED** that the claims asserted in this suit by the Plaintiff, in her individual capacity, against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the agreed motion. Each party shall bear its own costs and fees.

SIGNED this 20th day of September, 2018.

ALIA MOSES
United States District Judge